# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2006

130079

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ESTATE OF JOYCE DALE, Deceased,
by DAWN MERLONE, Successor
Special Personal Representative,
        Plaintiff-Appellee,

v

        SC: 130079
        COA: 263680
        Calhoun CC: 03-002832-NH

STEPHEN W. ROBINSON, JR., M.D.,
SECOND OPINION, P.C., d/b/a
HISTORIC NORTHSIDE FAMILY
PRACTICE, BATTLE CREEK
HEALTH SYSTEM, and CANCER
CARE CENTER,
        Defendants,

and

PETER WALKER BARRETT, M.D.,
THE DOCTORS GROUP, P.C., d/b/a
GREAT LAKES SURGICAL
SPECIALISTS, P.C., SURGICAL
SERVICES, P.C., and JIN-CHUL
KIM, M.D.,
        Defendants-Appellants.

_____/

On order of the Court, the application for leave to appeal the November 1, 2005 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2006

l0322

Clerk